TRINETTE G. KENT (State Bar No. 025180)
Kent Law Offices
3219 East Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawp.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Delivery Financial Services, LLC,<br><br>    Plaintiff,<br>vs.<br><br>Lemberg Law, LLC,<br><br>    Defendant. | Case No.: 2:18-cv-04242-ESW<br><br>**DEFENDANT LEMBERG LAW, LLC'S ANSWER AND AFFIRMATIVE DEFENSES** |

Lemberg Law, LLC ("Lemberg"), by undersigned counsel, responds to the First Amended Complaint filed by Plaintiff Delivery Financial Services, LLC ("Delivery" or "Plaintiff") by denying every allegation not specifically admitted herein and further responding as follows:

NATURE OF THE ACTION

1. Lemberg denies that it made any "libelous statements over the Internet on November 15, 2018, and preceding and succeeding dates." Lemberg admits that Delivery's First Amended Complaint asserts claims for libel and libel per se.

PARTIES

2. Upon information and belief, Lemberg admits that Plaintiff is an Arizona limited liability company located in Phoenix, Arizona.

3. Admitted.

## JURISDICTION AND VENUE

4. The allegations in Paragraph 4 contain legal conclusions to which no response is required. To the extent a response is required, Lemberg denies the allegations set forth in paragraph 4 of the First Amended Complaint.

5. The allegations in Paragraph 5 contain legal conclusions to which no response is required. To the extent a response is required, Lemberg denies the allegations set forth in paragraph 5 of the First Amended Complaint.

## FACTS COMMON TO ALL CLAIMS

6. Upon information and belief, Lemberg admits that Plaintiff is a nationwide account receivables management company.

7. Admitted.

8. Lemberg denies the allegations set forth in paragraph 8 of the First Amended Complaint.

9. Lemberg denies that it made any libelous statements and denies that it had a "fictitious" question and answer post on its website. Admitted that the quoted language appears on one of Lemberg's websites.

10. Lemberg denies the allegations set forth in paragraph 10 of the First Amended Complaint.

11. Lemberg denies that it committed libel or libel per against Plaintiff. Admitted that the quoted language appears on one of Lemberg's websites.

12. Lemberg denies the allegations set forth in paragraph 12 of the First Amended Complaint.

13. Lemberg denies the allegations set forth in paragraph 13 of the First Amended Complaint.

14. Lemberg denies the allegations set forth in paragraph 14 of the First Amended Complaint.

COUNT I – LIBEL PER SE

15. Lemberg denies the allegations set forth in paragraph 15 of the First Amended Complaint.

16. Lemberg denies the allegations set forth in paragraph 16 of the First Amended Complaint.

17. Lemberg denies the allegations set forth in paragraph 17 of the First Amended Complaint.

COUNT II – LIBEL

18. Lemberg denies the allegations set forth in paragraph 18 of the First Amended Complaint.

19. Lemberg denies the allegations set forth in paragraph 19 of the First Amended Complaint.

**AFFIRMATIVE DEFENSES**

First Defense

The First Amended Complaint fails to state a claim upon which relief can be granted

Second Defense

Plaintiff has not suffered any injury or damage.

Third Defense

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

Fourth Defense

Plaintiff lacks standing to pursue its claims.

<u>Fifth Defense</u>

All statements on the website are substantially true and/or opinion.

<u>Sixth Defense</u>

All statements on the website are protected by the First Amendment to the United States Constitution.

Lemberg reserves the right to add additional and/or amend affirmative defenses, as more information becomes known during the pendency of this case.

DATED: September 6, 2019                    TRINETTE G. KENT

By: <u>/s/   Trinette G. Kent</u>
Trinette G. Kent, Esq.
Kent Law Offices
Attorney for Defendant, Lemberg Law, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 6, 2019, a true and correct copy of the foregoing Answer and Affirmative Defenses was served electronically via Electronic Document Filing System (ECF) and that the document is available on the ECF system.

<u>/s/ Trinette G. Kent</u>
Trinette G. Kent